666 S.E.2d 892

**Berrien W. SMITH, Respondent,**

v.

**J. Drayton HASTIE, Jr., and Everett L. Smith, Jr., Defendants,**

**of whom J. Drayton Hastie, Jr. is Petitioner.**

**No. 26545.**

Supreme Court of South Carolina.

Heard June 24, 2008.

Re-filed Sept. 8, 2008.

Richard S. Rosen, of Rosen, Rosen and Hagood, of Charleston, for Petitioner.

Thomas A. Pendarvis, of Beaufort, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the Court of Appeals' opinion in *Smith v. Hastie,* 367 S.C. 410, 626 S.E.2d 13 (Ct.App.2005). We dismiss the writ as improvidently granted.

TOAL, C.J., MOORE, WALLER, PLEICONES, JJ., and Acting Justice Howard P. King, concur.